AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 05-CV-44

United States of America

v.

James A. Zeitz
Shirley A. Zeitz

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that a deficiency judgment is entered against James A. Zeitz and Shirley A. Zeitz in the amount of $35,729.52 with interest from September 8, 2005 at 3.30 percent per annum.

Date: December 22, 2005

RODNEY C. EARLY,
CLERK

By:   s/Deborah M. Zeeb
        Deputy Clerk